## SAPP, sheriff, *vs.* ROZAR, ordinary.

[This case was brought forward from the last term, under §4271 (a) *et seq.* of the Code.]

A sheriff is only entitled to be paid once for bringing a prisoner confined in jail into court for trial, and once for returning him. He cannot claim a fee for each time he may conduct a prisoner to and from the jail pending his trial. Code, §3696; Acts 1880–81, p. 90.

Judgment affirmed.

February 27, 1883.

JACKSON, Chief Justice.

---

## FORD *vs.* THE STATE OF GEORGIA.

1. The verdict is amply supported by the evidence.
2. Where the evidence of an accomplice as to the commission of a burglary by defendants was supported by the testimony of another witness that he saw the defendant and the accomplice in possession of some of the stolen goods shortly after the burglary was committed, this was sufficient corroboration to support a verdict of guilty.
(*a.*) Whether the corroborating witness was impeached or not, and what credit was due him, was for the jury.

Judgment affirmed.

March 20, 1883.

JACKSON, Chief Justice.